IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


JOSHUA WRIGHT,

      Appellant,

v.

                                   Case No.  5D22-1928
                                   LT Case No. 2016-CF-10248-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed October 14, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge.

Joshua Wright, Bowling Green, pro se.

No Appearance for Appellee.

PER CURIAM.

     This Court previously affirmed the trial court's order denying Appellant's motion for postconviction relief in Orange County Circuit Court Case Number 2016-CF-10248-A-O.  Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further pro se filings in this Court asserting

claims stemming from Orange County Circuit Court Case No. 2016-CF-10248-A-O may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2019); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

SASSO, TRAVER and WOZNIAK, JJ., concur.